| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JERMINE TYVONE DUHON, §
　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:25-CV-85
　　　　　　　　　　　　　　　§
JARVIS CORMIER, et al., §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

**ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Jermine Tyvone Duhon, a prisoner confined at the Connelly Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Jarvis Cormier, Paulette Maholmes, Zena Stephens, and Matt Gardner.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted an Initial Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the claims against Zena Stephens and Matt Gardner pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Plaintiff has not shown that Defendants Stephens or Gardner were personally involved in the use of force incident on October 10, 2024. Further, the alleged failure to investigate the incident does not rise to the level of a constitutional violation.

## ORDER

Accordingly, Plaintiff's objections (#27) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#25) is **ADOPTED**. Defendants Zena Stephens and Matt Gardner are **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 3rd day of November, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE